# Inmate Inquiry

🖶 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 11307002 | Current Institution: | Edgefield FCI |
| Inmate Name: | CRAWFORD, DAVID | Housing Unit: | CL2M |
| Report Date: | 12/21/2005 | Living Quarters: | C02-220L |
| Report Time: | 9:43:32 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5813 |
| FRP Participation Status: | Participating |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 7/30/2004 |
| Local Account Activation Date: | 7/31/2004 5:16:44 AM |
| Sort Codes: | |
| Last Account Update: | 12/14/2005 3:50:03 AM |
| Account Status: | Active |
| ITS Balance: | $2.22 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.77 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.77 |
| National 6 Months Deposits: | $170.38 |
| National 6 Months Withdrawals: | $169.98 |
| National 6 Months Avg Daily Balance: | $2.20 |
| Local Max. Balance - Prev. 30 Days: | $36.77 |
| Average Balance - Prev. 30 Days: | $2.44 |

*D. Lyons*
Unit Secretary

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 9/27/2005 11:54:31 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $340.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $340.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $25.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $25.00
Restriction Start Date: 9/6/2005
Restriction End Date: 5/16/2006

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|
| DHO/UDC | Permitted List | 9/6/2005 | 5/16/2006 | EDG0002 | Yes |

## Comments

Comments:

UDC THRU 11-17-05 AND DHO THRU 5-16-06

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 11307002 |
| Inmate Name: | CRAWFORD, DAVID |
| Report Date: | 12/21/2005 |
| Report Time: | 9:44:05 AM |
| Current Institution: | Edgefield FCI |
| Housing Unit: | CF2M |
| Living Quarters: | C02-220L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| EDG | 12/8/2005 9:15:00 PM | ITS1208 | | | ITS Withdrawal | ($5.00) | | $0.77 |
| EDG | 12/5/2005 8:45:46 PM | ITS1205 | | | ITS Withdrawal | ($6.00) | | $5.77 |
| EDG | 12/5/2005 12:03:46 PM | FIOS005 | | | FRP Monthly Pymt | ($25.00) | | $11.77 |
| EDG | 12/5/2005 10:41:18 AM | FIPP1105 | | | Payroll - IPP | $36.05 | | $36.77 |
| EDG | 12/3/2005 4:33:19 PM | ITS1203 | | | ITS Withdrawal | ($2.00) | | $0.72 |
| EDG | 11/30/2005 11:26:47 AM | FICP1105-V | | | Inmate Co-pay | $2.00 | | $2.72 |
| EDG | 11/30/2005 11:26:39 AM | FICD1105 - 415 | | | Debt Encumbrance - Released | | $0.72 | -------- |
| EDG | 11/29/2005 3:29:09 PM | FICD1105 - 415 | | | Debt Encumbrance | | ($0.72) | -------- |
| EDG | 11/29/2005 1:06:19 PM | FICP1105 | | | Inmate Co-pay | ($2.00) | | $0.72 |
| EDG | 11/29/2005 12:33:45 PM | FICP1105 | | | Inmate Co-pay | ($2.00) | | $2.72 |
| EDG | 11/10/2005 9:22:27 PM | ITS1110 | | | ITS Withdrawal | ($5.00) | | $4.72 |
| EDG | 11/7/2005 9:15:29 AM | FIOS001 | | | FRP Monthly Pymt | ($25.00) | | $9.72 |
| EDG | 11/7/2005 8:29:33 AM | FIPP1005 | | | Payroll - IPP | $34.10 | | $34.72 |
| EDG | 11/2/2005 9:12:39 PM | ITS1102 | | | ITS Withdrawal | ($10.00) | | $0.62 |
| EDG | 10/30/2005 7:50:15 AM | ITS1030 | | | ITS Withdrawal | ($5.00) | | $10.62 |
| EDG | 10/28/2005 5:22:39 PM | ITS1028 | | | ITS Withdrawal | ($5.00) | | $15.62 |
| EDG | 10/27/2005 8:59:29 PM | ITS1027 | | | ITS Withdrawal | ($5.00) | | $20.62 |
| EDG | 10/25/2005 5:40:06 AM | 70143901 | | | Lockbox - CD | $25.00 | | $25.62 |
| EDG | 10/3/2005 2:41:49 PM | FIOS001 | | | FRP Monthly Pymt | $0.00 | | $0.62 |
| EDG | 9/28/2005 6:01:21 PM | ITS0928 | | | ITS Withdrawal | ($7.00) | | $0.62 |
| EDG | 9/27/2005 8:08:28 PM | ITS0927 | | | ITS Withdrawal | ($5.00) | | $7.62 |
| EDG | 9/27/2005 11:54:31 AM | 43 | | | Sales | ($7.40) | | $12.62 |
| EDG | 9/26/2005 8:39:47 PM | ITS0926 | | | ITS Withdrawal | ($6.00) | | $20.02 |
| EDG | 9/26/2005 6:32:57 PM | ITS0926 | | | ITS Withdrawal | ($4.00) | | $26.02 |
| EDG | 9/26/2005 4:53:46 PM | 33325505 | | | Western Union | $30.00 | | $30.02 |
| EDG | 9/7/2005 12:08:56 PM | 61 | | | Sales | ($14.43) | | $0.02 |
| EDG | 9/6/2005 1:39:06 PM | IOS023 | | | FRP Monthly Pymt | $0.00 | | $14.45 |
| EDG | 9/6/2005 9:34:16 AM | JV0122 | | | Payroll - IPP | $14.28 | | $14.45 |
| EDG | 8/23/2005 1:09:41 PM | 77 | | | Sales | ($0.50) | | $0.17 |
| EDG | 8/5/2005 4:53:29 PM | ITS0805 | | | ITS Withdrawal | ($5.00) | | $0.67 |
| EDG | 8/5/2005 8:46:52 AM | JV0110 | | | Payroll - IPP | $5.25 | | $5.67 |
| EDG | 7/6/2005 8:20:16 PM | 157 | | | Sales | ($15.65) | | $0.42 |
| EDG | 7/5/2005 9:20:17 PM | ITS0705 | | | ITS Withdrawal | ($10.00) | | $16.07 |

| | | | | | |
|---|---|---|---|---|---|
| EDG | 7/5/2005 9:25:37 AM | JV0091 | Payroll - IPP | $25.70 | $26.07 |
| EDG | 6/15/2005 6:48:13 PM | ITS0615 | ITS Withdrawal | ($1.00) | $0.37 |
| EDG | 6/14/2005 11:18:53 AM | 20 | Sales | ($7.40) | $1.37 |
| EDG | 6/9/2005 8:21:59 PM | 156 | Sales | ($24.70) | $8.77 |
| EDG | 6/6/2005 7:57:27 AM | JV0077 | Payroll - IPP | $26.48 | $33.47 |
| EDG | 5/12/2005 7:47:16 PM | 129 | Sales | ($8.00) | $6.99 |
| EDG | 5/5/2005 8:30:28 PM | ITS0505 | ITS Withdrawal | ($8.00) | $14.99 |
| EDG | 5/5/2005 4:57:04 PM | ITS0505 | ITS Withdrawal | ($5.00) | $22.99 |
| EDG | 5/5/2005 12:16:39 PM | 47 | Sales | ($22.20) | $27.99 |
| EDG | 5/3/2005 5:35:16 AM | 70131801 | Lockbox - CD | $50.00 | $50.19 |
| EDG | 5/2/2005 7:35:58 PM | 118 | Sales | ($14.95) | $0.19 |
| EDG | 4/26/2005 5:34:46 AM | 70131301 | Lockbox - CD | $15.00 | $15.14 |
| EDG | 4/19/2005 1:31:42 PM | 48 | Sales | $0.00 | $0.14 |
| EDG | 4/12/2005 12:50:59 PM | 53 | Sales | $0.00 | $0.14 |
| EDG | 4/5/2005 1:38:16 PM | 71 | Sales | ($12.95) | $0.14 |
| EDG | 4/4/2005 8:37:38 AM | JV0056 | Payroll - IPP | $12.64 | $13.09 |

1

**Total Transactions: 49**

**Totals:**     $0.32     $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| EDG | $0.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.77 |
| **Totals:** | **$0.77** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.77** |