27BD, CLOSED, EL

# U.S. District Court
# Alabama Middle District (Opelika)
# CRIMINAL DOCKET FOR CASE #: 3:03-cr-00220-WHA-VPM-ALL
# Internal Use Only

Case title: USA v. Crawford                                   Date Filed: 09/23/2003

Assigned to: Honorable W. Harold Albritton, III
Referred to: Honorable Vanzetta P. McPherson

**Defendant**

**David Jerome Crawford** (1)                represented by **Federal Defender**
*TERMINATED: 07/06/2004*                                    Federal Defenders
                                                            Middle District of Alabama
                                                            201 Monroe Street, Suite 1960
                                                            Montgomery, AL 36104
                                                            334-834-2099
                                                            Fax: 834-0353
                                                            Email: ECFCMALM@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                          **Disposition**

18:922 UNLAWFUL TRANSPORT
OF FIREARMS - NMT $250,000;[*];                             188 MOS IMPR; 5 YRS SUP REL;
NMT 10Y; B; NMT 3Y SUP REL;                                 $100 SA
G/L; VWPA; $100 SA
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                       **Disposition**

None

**Highest Offense Level (Terminated)**

. None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**United States of America**                    represented by    **Susan R. Redmond**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: susan.redmond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2003 | 1 | INDICTMENT as to David Jerome Crawford (1) count(s) 1 (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | **Added Government Attorney Susan R. Redmond as to David Jerome Crawford (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | **Added ip party David Jerome Crawford - 1200 Lee Road 6, Auburn, AL 36830 (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | **Added party US Marshals Service, Montgomery U.S. Probation, U.S. Pretrial, USA Financial Unit (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | Magistrate Judge Vanzetta P. McPherson assigned to case for discovery matters as well as matters subsequently referred by District Judge . (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | (ws) (Entered: 09/26/2003) |
| 09/26/2003 | 2 | Arrest WARRANT issued as to David Jerome Crawford (ws) (Entered: 09/26/2003) |
| 10/22/2003 | | ARREST of David Jerome Crawford (sql) (Entered: 10/22/2003) |
| 10/22/2003 | 3 | CJA 23 FINANCIAL AFFIDAVIT by David Jerome Crawford (sql) (Entered: 10/22/2003) |
| 10/22/2003 | | ORAL ORDER as to David Jerome Crawford , Appointing Federal Public Defender ( Entered by Mag Judge Vanzetta P. McPherson ) (sql) (Entered: 10/22/2003) |

| | | |
|---|---|---|
| 10/22/2003 | | **Added for David Jerome Crawford Attorney Federal Defender (sql) (Entered: 10/22/2003) |
| 10/22/2003 | | Initial appearance as to David Jerome Crawford held before Mag Judge Vanzetta P. McPherson on 10/22/03 (Defendant informed of rights.) (sql) (Entered: 10/22/2003) |
| 10/22/2003 | | ARRAIGNMENT as to David Jerome Crawford held before Mag Judge Vanzetta P. McPherson on 10/22/03 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of not guilty. (sql) (Entered: 10/22/2003) |
| 10/22/2003 | | PLEA of Not Guilty: David Jerome Crawford (1) count(s) 1 ; Court accepts plea. (sql) (Entered: 10/22/2003) |
| 10/22/2003 | 4 | Courtroom Deputy's Minutes as to David Jerome Crawford of initial appearance and arraigment.: (sql) (Entered: 10/22/2003) |
| 10/22/2003 | 5 | ORDER Setting Conditions of Release as to David Jerome Crawford Bond set to $10,000 non-surety for David Jerome Crawford. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: deft, Copies furnished to: usa, ptso, uspo, cdo, usm (sql) (Entered: 10/22/2003) |
| 10/22/2003 | 6 | BOND entered by David Jerome Crawford Bond set to $10,000 non-surety for David Jerome Crawford. (sql) (Entered: 10/22/2003) |
| 10/22/2003 | | ***JS-2 First Appearance Code (snc) (Entered: 07/06/2004) |
| 10/24/2003 | 7 | Arrest WARRANT Returned Executed as to David Jerome Crawford on 10/22/03 (ws) (Entered: 10/27/2003) |
| 10/27/2003 | 8 | ORDER on Arraignment as to David Jerome Crawford that the Probation Officer assigned to this case shall prepare a preliminary sentencing guideline calcution and insure that counsel receive it not less than 3 days prior to the pretrial conference; directing that Discovery is due according to the requirements of this court's Standing Order on Criminal Discovery (Attached) for David Jerome Crawford with the government's initial disclosures to the defendant due on or before 10/24/03 and the defendant's disclosures to the Government on or before 10/27/03; pretrial Motions due 2 days before the pretrial conference for David Jerome Crawford ; Pretrial set 10:00 11/12/03 for David Jerome Crawford in Courtroom 5A before Mag Judge Vanzetta P. McPherson Jury Trial set 12/8/03 for David Jerome Crawford in U.S. Courthouse before Unassigned Judge and government response to pretrial motions due on or before 5 days prior to the date set for a hearing on the motion or, if no hearing is necessary, on or before 10 days after the date of th pretrial conference ( Signed by Mag Judge Vanzetta P. McPherson ) , Copies furnished to: USA,PO,PTSO,USM,FPD,HC,YG (dkt clerk) (Entered: 10/27/2003) |
| 11/02/2003 | 9 | Courtroom Deputy's Minutes as to David Jerome Crawford : Pretrial conference held before Mag. Judge McPherson (FTR: 10:39-10:43) (dmk) (Entered: 11/14/2003) |

| Date | No. | Description |
|---|---|---|
| 11/12/2003 | | Pre-trial conference as to David Jerome Crawford held before Mag Judge Vanzetta P. McPherson on 11/12/03 (FTR: 10:39-10:43) (dmk) Modified on 02/09/2004 (Entered: 11/14/2003) |
| 11/12/2003 | 10 | MOTION with Memorandum in Support by David Jerome Crawford to Suppress seizures and statements [10-1] referred to Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 11/21/2003) |
| 11/21/2003 | 11 | ORDER as to David Jerome Crawford 1. Government's Response to Motion to suppress reset for 12/1/03 for David Jerome Crawford for [10-1] motion to Suppress seizures and statements , 2. set Evidentiary Hearing for for 9:00 12/10/03 for David Jerome Crawford at Courtroom 5A before Mag Judge Vanzetta P. McPherson in Courtroom 5A , 3. set Motion Filing deadline for motion for continuance of trial and waiver of speedy trial for 11/24/03 for David Jerome Crawford ( Signed by Mag Judge Vanzetta P. McPherson ) , Copies furnished to: USA,PO,PTSO,USM,FPD,DK,HC,YG (dkt clerk) (Entered: 11/21/2003) |
| 11/24/2003 | 12 | MOTION by David Jerome Crawford to continue 12/8/03 trial; (Speedy trial waiver attached) [12-1] referred to Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 11/25/2003) |
| 11/24/2003 | 12 | WAIVER of Speedy Trial by David Jerome Crawford (dkt clerk) (Entered: 11/25/2003) |
| 11/26/2003 | 13 | ORDER as to David Jerome Crawford granting [12-1] motion to continue 12/8/03 trial; (Speedy trial waiver attached) as to David Jerome Crawford (1) Trial Continued in the Interests of Justice Time Excluded from 11/26/03 to 2/18/04 , reset Jury Trial on 2/18/04 for David Jerome Crawford before Unassigned Judge in U.S. Courthouse , set Pretrial Conference for for 1/28/04 for David Jerome Crawford at Courthouse before Mag Judge Vanzetta P. McPherson in U.S. Courthouse , set Plea Agreement deadline for guilty plea to for 10:00 2/11/03 for David Jerome Crawford at Courtroom 5A ( Signed by Mag Judge Vanzetta P. McPherson ) , Copies furnished USA,PO,PTSO,USM,FPD,HC,YG,DK (dkt clerk) (Entered: 11/26/2003) |
| 11/26/2003 | | (dkt clerk) (Entered: 11/26/2003) |
| 12/01/2003 | 14 | RESPONSE by USA as to David Jerome Crawford re [10-1] motion to Suppress seizures and statements referred to Mag Judge Vanzetta P. McPherson (ekl) (Entered: 12/03/2003) |
| 12/03/2003 | 15 | MOTION by USA as to David Jerome Crawford to continue Evidentiary Hearing of 12/10/03 [15-1] referred to Mag Judge Vanzetta P. McPherson (kcg) (Entered: 12/04/2003) |
| 12/08/2003 | 16 | ORDER as to David Jerome Crawford granting [15-1] motion to continue Evidentiary Hearing of 12/10/03 as to David Jerome Crawford (1) Resetting Evidentiary Hearing for 2:00 p.m. on 12/16/03 for David Jerome Crawford at U.S. Courthouse before Mag Judge Vanzetta P. |

| | | |
|---|---|---|
| | | McPherson in Courtroom 5A ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Deft, Copies furnished to: USA, USM, USPO, USPTS, FD, KG, DK, YG, HC (ws) (Entered: 12/08/2003) |
| 12/15/2003 | 17 | APPLICARION (MOTION) by David Jerome Crawford IFP for Subpoena and Subpoenas Duces Tecum [17-1], and to Seal Application and Order , [17-2] referred to Mag Judge Vanzetta P. McPherson (ws) (Entered: 12/16/2003) |
| 12/16/2003 | 18 | ORDER as to David Jerome Crawford granting [17-1] motion IFP for Subpoena and Subpoenas Duces Tecum as to David Jerome Crawford (1), granting [17-2] motion to Seal Application and Order as to David Jerome Crawford (1) ( Signed by Mag Judge Vanzetta P. McPherson ) Copies furnished to: FD (dmk) (Entered: 12/16/2003) |
| 12/16/2003 | | Motion hearing held before Mag Judge Vanzetta P. McPherson as to David Jerome Crawford re: [10-1] motion to Suppress seizures and statements (Jimmy Dickens - Court Reporter) (dmk) (Entered: 12/16/2003) |
| 12/16/2003 | 19 | Courtroom Deputy's Minutes as to David Jerome Crawford : Hearing on Motion to Suppress held before Mag. Judge McPherson (Jimmy Dickens - Court Reporter)(Witness list, exhibit list and exhibit attached) (dmk) (Entered: 12/16/2003) |
| 12/18/2003 | | TRANSCRIPT filed in case as to David Jerome Crawford for dates of 12/16/03 on motion to suppress. [Dickens - reporter] (sql) (Entered: 12/23/2003) |
| 01/27/2004 | 20 | JOINT MOTION by David Jerome Crawford to continue 2/18/04 Trial [20-1] referred to Mag Judge Vanzetta P. McPherson (ws) (Entered: 01/28/2004) |
| 01/28/2004 | | Pre-trial conference as to David Jerome Crawford held before Mag Judge Vanzetta P. McPherson on 1/28/04 (FTR: 10:48-10:54) (dmk) (Entered: 01/28/2004) |
| 01/28/2004 | 21 | Courtroom Deputy's Minutes as to David Jerome Crawford : Pretrial conference held before Mag. Judge McPherson (FTR: 10:48-10:54) (dmk) (Entered: 01/28/2004) |
| 02/11/2004 | 22 | Requested Jury Instructions by USA as to David Jerome Crawford (kcg) (Entered: 02/12/2004) |
| 02/13/2004 | 23 | ORDER as to David Jerome Crawford granting [20-1] motion to continue 2/18/04 Trial as to David Jerome Crawford (1) to Continue in Interests of Justice Time Excluded from 2/13/04 to 3/22/04 ; resetting Jury Selection for 3/22/04 for David Jerome Crawford at U.S. Courthouse in Courtroom 2C ; resetting Jury Trial on 3/22/04 for David Jerome Crawford in U.S. Courthouse ; setting Pretrial Conference for for 10:00 2/26/04 for David Jerome Crawford at Courtroom 5A before Mag Judge Vanzetta P. McPherson in U.S. Courthouse ( Signed by Mag Judge Vanzetta P. |

| Date | # | Description |
|---|---|---|
| | | McPherson ) Copies mailed to: Dft.,Counsel, Copies furnished to: USA,USPS,USPO,USMS,YG,HC,WR,DK,EL (kcg) (Entered: 02/13/2004) |
| 02/13/2004 | | (kcg) (Entered: 02/13/2004) |
| 02/13/2004 | 24 | REPORT AND RECOMMENDATIONS of Mag Judge Vanzetta P. McPherson as to David Jerome Crawford Re: [10-1] motion to Suppress seizures and statements ; Motion no longer referred Objections to R and R due by 2/26/04 .Magistrate Judge recommends granting in part and denying in part--Crawford's statements enumerated on pages 15-16 of this Recommendation and any other statements he made to the officers be excluded because they were not knowingly and voluntarily made. In all other respects, the motion be denied. Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,FD (ekl) (Entered: 02/13/2004) |
| 02/26/2004 | | Pre-trial conference as to David Jerome Crawford held before Mag Judge Vanzetta P. McPherson on 2/26/04 (FTR: 10:37-10:40) (dmk) (Entered: 02/26/2004) |
| 02/26/2004 | 25 | Courtroom Deputy's Minutes as to David Jerome Crawford : Pretrial conference held before Mag. Judge McPherson (FTR: 10:37-10:40) (dmk) (Entered: 02/26/2004) |
| 02/26/2004 | | CASE assigned to Judge W. H. Albritton III (ekl) (Entered: 02/26/2004) |
| 02/26/2004 | 26 | ORDER as to David Jerome Crawford set Jury Selection for for 3/22/04 for David Jerome Crawford at Courtroom 2C before Judge W. H. Albritton III in Courtroom 2C , set Jury Trial (ekl) (Entered: 02/26/2004) |
| 02/26/2004 | 27 | OBJECTION by David Jerome Crawford to [24-1] report and recommendations (ekl) (Entered: 02/27/2004) |
| 03/05/2004 | 28 | ORDER as to David Jerome Crawford granting in part, denying in part [10-1] motion to Suppress seizures and statements as to David Jerome Crawford (1) as follows: 1. Crawford's Motin to Suppress is Granted to the extent that the statements which he made to the officers are suppressed. 2. In all other aspects, the motion to suppress is denied. ( Signed by Judge W. H. Albritton III ) Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,FD (ekl) (Entered: 03/05/2004) |
| 03/12/2004 | 29 | PETITION FOR WARRANT by USA as to David Jerome Crawford [29-1] referred to Mag Judge Vanzetta P. McPherson (dmk) (Entered: 03/12/2004) |
| 03/15/2004 | 30 | ORDER OF REFERENCE referring case to the mag.judge to conduct proceedings incident to a guilty plea as to David Jerome Crawford ( Signed by Judge W. H. Albritton III ) Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,FD (ekl) (Entered: 03/15/2004) |
| 03/15/2004 | | Change of Plea Hearing as to David Jerome Crawford held before Mag Judge Vanzetta P. McPherson on 3/15/04 (Mitchell Reisner - Court |

| Date | No. | Description |
|---|---|---|
| | | Reporter) (dmk) (Entered: 03/15/2004) |
| 03/15/2004 | 31 | Consent to enter plea before U. S. Magistrate Judge executed by David Jerome Crawford (dmk) (Entered: 03/15/2004) |
| 03/15/2004 | | PLEA of Guilty: David Jerome Crawford (1) count(s) 1 ; Court accepts plea. (dmk) (Entered: 03/15/2004) |
| 03/15/2004 | | Oral plea agreement entered by the parties as to David Jerome Crawford (dmk) (Entered: 03/15/2004) |
| 03/15/2004 | 32 | Courtroom Deputy's Minutes as to David Jerome Crawford : Change of plea hearing held before Mag. Judge McPherson (Mitchell Reisner - Court Reporter) (dmk) (Entered: 03/15/2004) |
| 03/15/2004 | 33 | STAMPED ORDER issuing summons for hearing on petition as to David Jerome Crawford terminating [29-1] motion as to David Jerome Crawford (1) ( Entered by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Deft, Copies furnished to: USA, USM, USPO, USPTS, FD (dmk) (Entered: 03/15/2004) |
| 03/15/2004 | 34 | SUMMONS(ES) issued for David Jerome Crawford (dmk) (Entered: 03/15/2004) |
| 03/15/2004 | | Preliminary revocation hearing as to David Jerome Crawford set for 9:00 3/30/04 for David Jerome Crawford at Courtroom 5A before Mag Judge Vanzetta P. McPherson (dmk) (Entered: 03/15/2004) |
| 03/15/2004 | 35 | REPORT AND RECOMMENDATIONS of Mag Judge Vanzetta P. McPherson as to David Jerome Crawford Re: Concerning Plea of Guilty to Ct. 1 of the Indictment, Objections due by 3/26/04 [35-1] report and recommendations, [0-0] report and recommendations Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,FD (ekl) (Entered: 03/15/2004) |
| 03/15/2004 | | ** Renoticed document [35-1] report and recommendations Objections due by 3/26/04 [35-1] report and recommendations, [0-0] report and recommendations (ekl) (Entered: 03/15/2004) |
| 03/15/2004 | 36 | NOTICE of Conditional Plea by David Jerome Crawford (ws) (Entered: 03/16/2004) |
| 03/15/2004 | 37 | ORDER as to David Jerome Crawford that the Clerk of the Court shall issue a summons directing the defendant to appear before this court to answer a petition for warrant or summons for offender under supervision on 3/30/04 at 9:00 a.m. in courtroom 5A; Appointing Federal Public Defender to present the defendant for all further proceedings ( Signed by Mag Judge Vanzetta P. ) Copies mailed to: Deft, Copies furnished to: USA, USM, USPO, USPTS, FD, DK, YG, HC (ws) (Entered: 03/16/2004) |
| 03/22/2004 | 38 | SUMMONS Returned Executed as to David Jerome Crawford 3/18/04 (ws) (Entered: 03/22/2004) |

| Date | No. | Description |
|---|---|---|
| 03/24/2004 | 39 | ACCEPTANCE OF PLEA OF GUILTY as to Ct. 1 of the Indictment as to David Jerome Crawford ( Signed by Judge W. H. Albritton III ) Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,FD (ekl) (Entered: 03/24/2004) |
| 03/24/2004 | 40 | ORDER as to David Jerome Crawford set Sentencing for 9:00 6/23/04 for David Jerome Crawford at Courtroom 2C before Judge W. H. Albritton III . Any objections to the PO are due in writing to the PO 6/2/04. Unless excused in writing parties shall be available for a conference with the PO 6/3/04 at 2pm ( Signed by Judge W. H. Albritton III ) Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,FD,YG,HC (ekl) (Entered: 03/24/2004) |
| 03/29/2004 | 41 | AMENDED PETITION by Probation Officer as to David Jerome Crawford for Warrant or Summons for Offender under Supervision. referred to Mag Judge Vanzetta P. McPherson (sql) (Entered: 03/30/2004) |
| 03/30/2004 | 42 | STAMPED ORDER as to David Jerome Crawford granting [41-1] petition as to David Jerome Crawford (1) ( Entered by Mag Judge Vanzetta P. McPherson ) , Copies furnished to: usa, ptso, uspo, cdo, usm (sql) (Entered: 03/30/2004) |
| 03/30/2004 |  | Preliminary revocation hearing as to David Jerome Crawford held before Mag Judge Vanzetta P. McPherson on 3/30/04. Defendant appeared with counsel and entered a plea of guilty. Court accepts plea and revokes his pre-trial release. Defendant remanded to custody of USM pending sentencing. [FTR: 9:36 - 9:44 am] (sql) (Entered: 03/30/2004) |
| 03/30/2004 | 43 | Courtroom Deputy's Minutes as to David Jerome Crawford of revocation hearing.: (sql) (Entered: 03/30/2004) |
| 03/30/2004 |  | **Location LC as to David Jerome Crawford (sql) (Entered: 03/30/2004) |
| 05/10/2004 | 44 | MOTION for Release from Custody by United States of America as to David Jerome Crawford. (Attachments: # 1 Text of Proposed Order)(Redmond, Susan) (Entered: 05/10/2004) |
| 05/10/2004 | 45 | ORDER granting 44 Motion for Release from Custody (from 5/10/04 to 8/10/04). It is ordered that Patrick McCulloch return said prisoner into the custody of the USM when he has finished with him as to David Jerome Crawford (1). Signed by Judge Vanzetta P. McPherson on 5/10/04. (ekl, ) (Entered: 05/10/2004) |
| 06/16/2004 | 46 | MOTION for Downward Departure *for Acceptance of Responsibility* by United States of America as to David Jerome Crawford. (Redmond, Susan) (Entered: 06/16/2004) |
| 06/23/2004 |  | ORAL ORDER as to David Jerome Crawford granting re 46 MOTION for Downward Departure *for Acceptance of Responsibility* filed by United States of America . By Judge W. Harold Albritton III on 6/23/04. (ekl, ) (Entered: 06/30/2004) |

| | | |
|---|---|---|
| 06/23/2004 | 47 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Sentencing held on 6/23/2004 for David Jerome Crawford (1), Count(s) 1, 188 MOS IMPR; 5 YRS SUP REL; $100 SA. (Court Reporter Risa Entrekin.) (ekl, ) (Entered: 06/30/2004) |
| 07/06/2004 | 48 | NOTICE OF APPEAL by David Jerome Crawford (Freeman, Christine) (Entered: 07/06/2004) |
| 07/06/2004 | 49 | JUDGMENT as to David Jerome Crawford (1), Count(s) 1, 188 MOS IMPR; 5 YRS SUP REL; $100 SA . Signed by Judge W. Harold Albritton III on 7/6/04. (ekl, ) (Entered: 07/07/2004) |
| 07/06/2004 | | ***Case Terminated as to David Jerome Crawford (ekl, ) (Entered: 07/07/2004) |
| 07/07/2004 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to David Jerome Crawford to US Court of Appeals re 48 Notice of Appeal - Final Judgment. There is no pdf document with this entry (ydw, ) (Entered: 07/08/2004) |
| 07/26/2004 | 50 | Received TRANSCRIPT information sheet from Christine Freeman counsel for David Jerome Crawford re 04-13452-B, 48 Notice of Appeal - Final Judgment with following notation: " Pre-Trial Proceedings - Mot. to Supp. 12/16/03 before Mag. Judge Vanzetta P. McPherson, Jimmy Dickens C/R; Sentencing - 6/23/04 before Judge W. Harold Albritton, Risa Entrekin C/R; Other - Plea 3/15/04 before Mag. Judge Vanzetta P. McPherson, Mitchell Reiser C/R. Copy to Court Reporters (ydw, ) (Entered: 07/28/2004) |
| 07/29/2004 | | TRANSCRIPT of Change of Plea Proceedings as to David Jerome Crawford held on 3/15/04 before Judge Vanzetta Penn McPherson. Court Reporter: Mitchell P. Reisner. (ekl, ) (Entered: 08/02/2004) |
| 08/04/2004 | | TRANSCRIPT filed as to David Jerome Crawford for dates of 6/23/04 Sentencing Hearing before Judge W. Harold Albritton, re 04-13452-B, 48 Notice of Appeal - Final Judgment Court Reporter: Risa L. Entrekin. There is no pdf document with this entry (ydw, ) (Entered: 08/04/2004) |
| 08/04/2004 | | Transcript Acknowledgment received from Court Reporter Risa L. Entrekin on 8/4/04 re: Sentencing Hearing held 6/23/04 before Judge Albritton (04-13452-B, 48 Notice of Appeal) There is no pdf document with this entry (ydw, ) (Entered: 08/04/2004) |
| 09/09/2004 | | Certificate of Readiness to US Court of Appeals re 04-13452-B, 48 Notice of Appeal - Final Judgment. There is no pdf document with this entry. (ydw, ) (Entered: 09/09/2004) |
| 09/21/2004 | 51 | Judgment Returned Executed as to David Jerome Crawford on 8/26/04. (ekl, ) (Entered: 09/27/2004) |
| 11/05/2004 | | Request for Record on Appeal By USCA Eleventh Circuit re 48 Notice of Appeal, 04-13452-BB. (ydw, ) (Entered: 11/16/2004) |

| | | |
|---|---|---|
| 11/16/2004 | | Certified and Transmitted Record on Appeal as to David Jerome Crawford to US Court of Appeals re 04-13452-BB, 48 Notice of Appeal - Final Judgment (ydw) (Entered: 11/16/2004) |
| 03/07/2005 | 52 | Per Curiam Opinion received from USCA Eleventh Circuit of Opinion Entered on January 31, 2005, AFFIRMED. (ydw, ) (Entered: 03/08/2005) |
| 03/07/2005 | 53 | JUDGMENT of USCA (ISSUED AS MANDATE 03/02/05 certified copy) as to David Jerome Crawford re 04-13452-BB, 48 Notice of Appeal - Final Judgment, AFFIRMING THE DISTRICT COURT'S DECISION (ydw, ) (Entered: 03/08/2005) |
| 05/12/2005 | | Appeal Record (Consisting of 1 vol. of pleadings, 3 vols. of transcripts 1 PSI) Returned from USCA as to David Jerome Crawford: 04-13452-BB, 48 Notice of Appeal - Final Judgment (ydw, ) Modified on 5/12/2005 to reflect that the PSI was returned to USPO 5/12/05(ydw, ). (Entered: 05/12/2005) |
| 12/07/2005 | | Payment Received from BOP: as to David Jerome Crawford $ 25.00 assessment, receipt number 108665 (ws, ) (Entered: 12/08/2005) |