IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SEP 23 2003

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 03-220-E |
| | ) | [18 USC 922(g)(1)] |
| DAVID JEROME CRAWFORD | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 27th day of June, 2003, in Auburn, Alabama, in the Middle District of Alabama,

DAVID JEROME CRAWFORD,

defendant herein, having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Manslaughter in the Circuit Court of Lee County, Alabama (CC 90-70), Unlawful Distribution of a Controlled Substance in the Circuit Court of Lee County, Alabama (CC 91-672), and Assault 2nd Degree in the Circuit Court of Lee County, Alabama (CC 97-323), knowingly and willfully possessed a firearm, in and affecting commerce, that is a High Point model C-9, 9mm pistol, Serial Number P139113, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_Lina Burnett_
Foreperson

_Susan R. Redmond_
Susan R. Redmond
Assistant United States Attorney