## STATEMENT OF THE ISSUES

I.   Whether The District Court Erred in Failing to Suppress the Items Seized from David Crawford's Person, Where the Level of Aggression Exhibited by the Police Caused the Initial Encounter with Mr. Crawford to Rise to the Level of an Arrest Unsupported by Probable Cause?

    A.   Whether the seizure of Mr. Crawford was an arrest?

    B.   Whether there was probable cause for Mr. Crawford's arrest, at the time of his seizure?

    C.   Whether the stop of Mr. Crawford was an "investigatory detention?"

    D.   Alternatively, whether there was a reasonable basis for an investigatory detention of Mr. Crawford?

1