IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv14-WHA |
| | ) | WO |
| DAVID JEROME CRAWFORD | ) | |

**O R D E R**

Upon review of the pleadings filed in this case, the court concludes that the interests of justice require appointment of counsel for the movant, DAVID JEROME CRAWFORD, ["Crawford"]. The court finds that Crawford is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Federal Defender for this district be and is hereby appointed to represent Crawford in all further proceedings. It is further

ORDERED that a status and scheduling conference be and is hereby set on 28 February 2006, at 9:00 a.m. in Courtroom 5A , Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 15th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE