MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 2/28/06

DATE COMPLETED: 2/28/06

DIGITAL RECORDING: 9:02 - 9:23

United States of America  * 3:06cv14-WHA
vs  *
David Jerome Crawford  *

---

**APPEARANCES:**

| PLAINTIFF | DEFENDANT |
|---|---|
| Susan Redmond | Kevin Butler |

---

**COURT OFFICIALS PRESENT:**

Wanda A. Robinson, Courtroom Deputy

---

**PROCEEDINGS:**

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: STATUS and SCHEDULING CONFERENCE


SEE MINUTES ATTACHED

| Description | 3:06cv14-WHA: USA vs. David Jerome Crawford: Status and Scheduling Conference | |
|---|---|---|
| Date | 2/28/2006 | Location |
| **Time** | **Speaker** | **Note** |
| 9:03:06 AM | Court | Convenes |
| 9:04:03 AM | Defense | Pleading does not raise Ineffective Counsel; Thinks a Panel Attorney should represent defendant; Will have a Panel Attorney by the end of the day |
| 9:06:03 AM | Government | AUSA Susan Redmond will be counsel for the Government |
| 9:06:46 AM | Court | Counsel should contact Steve Willougby-Law Clerk in this case; Discusses possibility of Defendant being transferred to Buckner from Edgefield for Video Conference Hearings |
| 9:10:00 AM | Court | Thinks Case should be handled in two parts 1) Identification of the allowable Issues |
| 9:11:11 AM | Defense | Wanted to Go Back to the Issue as to whether the Guilty Plea Tainted; Not back to the Re-Litigation of Suppression |
| 9:11:53 AM | Court | Counsel should consider Substance of Guilty Plea Issue |
| 9:13:55 AM | Government | Gives Position regarding defendant's 2255 Motion; Should go to Re-Negotiation Stage |
| 9:17:37 AM | Court | Addresses Panel Attorney Issue; The Court will Officially Appoint Panel Attorney; Hold case in abeyance until 5/1/06 giving counsel 60 days to confer |
| 9:18:55 AM | Government | Will send a Plea Agreement |
| 9:19:35 AM | Court | Will need to vacate Original Plea Agreement by Court Order |
| 9:20:48 AM | Defense | Informs the Court as to what information the Panel Attorney will be given |
| 9:21:19 AM | Court | Court will issue an Order Granting the 2255 Motion |
| 9:24:24 AM | | Court in RECESS |

1/1

02/28/06 09:39:54