IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Respondent,   ) | |
| ) | |
| v.   ) | Case 3:06-cv-00014-WHA-VPM |
| ) | [Related to case 3:03-cr-00220-WHA-VPM] |
| DAVID JEROME CRAWFORD,   ) | |
| ) | |
| Petitioner.   ) | |

**MOTION OF COUNSEL FOR LEAVE TO WITHDRAW**

The undersigned J. Fairley McDonald, III, and the law firm of Slaten & O'Connor, P.C., respectfully move for leave to withdraw as counsel for David Jerome Crawford in the above-captioned cause, it being shown:

1. On or about January 6, 2006, Crawford filed a *pro se* motion under 28 U.S.C. § 2255 seeking to vacate or set aside the 188 month sentence imposed on him on or about July 6, 2004, in *United States v. David Jerome Crawford*, case 3:03-cr-00220-WHA (M.D.Ala.). Crawford had previously entered a guilty plea for being a felon in possession of a firearm [18 U.S.C. § 922(g)(1)]. His sentence was based on his status as an "armed career criminal" subject to the sentence enhancement in 18 U.S.C. § 924(e). He is currently incarcerated in a Federal facility in South Carolina.

2. On or about March 3, 2006, the undersigned was appointed to represent Crawford. Before this appointment, the United States had filed a response to Crawford's motion basically admitting that Crawford's conviction is due to be vacated because the record does not reflect that, at the time he entered a guilty plea, he was aware of the maximum possible penalty and minimum possible

penalty due to his status as an "armed career criminal." The likely result of Crawford's motion is a trial or a new plea agreement.

3. The undersigned has familiarized himself with the circumstances of Crawford's case and what counsel believes are the relevant legal principles. In light of the concession by the United States and of the circumstances, the undersigned has formed definite opinions as to the likely outcome of various scenarios and has given Crawford recommendations about the route he should now go. Those recommendations, counsel believes, are in Crawford's best interests given all the circumstances. Crawford does not agree with counsel's views. Crawford has expressed to counsel and, counsel is informed, to the Court that he no longer wants any assistance from the undersigned.

4. In counsel's view, the relationship between lawyer and client has deteriorated to the point that counsel can no longer undertake to represent Crawford.

This the __13th__ day of April, 2006.

_____
J. Fairley McDonald, III (MCD015)
ASB-0384-D67J

SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 396-8880 [facsimile]
fmcdonald@slatenlaw.com

## Certificate of Service

I HEREBY CERTIFY that, on this the __13th__ day of April, 2006, I electronically filed this Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

I FURTHER CERTIFY that, on said date, I also served a copy of this Motion on the following by first class United States mail:

David Jerome Crawford
Inmate Reg. 11307002
FCI Edgefield
Edgefield Correctional Institution
Post Office Box 725
Edgefield, South Carolina 29824