April 11, 2006

RECEIVED
2006 APR 14 A 10:14

Hon. Vanzetta Penn McPherson
United States District Court
Montgomery, Alabama

RE: United States v. David Jerome Crawford
3:06-CV-00014-WHA (M.D. Ala.)

Greetings Judge:

I am writing in concern of selective prosecution consideration in my case. I need some answers to alot of questions: 1) Was the search warrant for 737 Lee Road 394 Lot #6 valid? If so, it was not available to me on request at Lee County Clerk's Office. 2) Do I have an expectation of privacy in associating and riding with Orbert Tipell Smith on June 27, 2003?

My Attorney advised me there is no way he can help me, so I have got to try to help myself. Too many people have suffered and died for our rights and still too many are just lying down unappreciative of the struggle. I have lived long enough to know and remember some of those who gave their life and lives, so I will honor them by keeping up the fight for rights. Please withdraw and/or dismiss my attorney since he can not be of any help to me.

Thanks for your time and assistance.

Respectfully submitted,
David Crawford
# 11307-002

```
ACR0372                  ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 000338.00
OPER: LEW                       CASE ACTION SUMMARY
PAGE:    1                        CIRCUIT  CRIMINAL              RUN DATE: 05/13/2004
===============================================================================
IN THE CIRCUIT COURT OF    LEE
                                                                 JUDGE: JAW
STATE  OF  ALABAMA                       VS       SMITH ARBERT TYRAIL
                                                  737 LEE RD 394 LOT 6
CASE: CC 2004 000338.00
                                                  AUBURN, AL   36830 0000
DOB: 04/03/1976            SEX: M   RACE: B   HT: 5 04   WT: 150   HR: BLK  EYES: BRO
SSN: 416020839   ALIAS NAMES:
===============================================================================
CHARGE01: POSS MARIJUANA 1ST     CODE01: VAPF  LIT: POSS MARIJUANA  TYP: F  #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0430000 MCCULLO

DATE WAR/CAP ISS:                        DATE    ARRESTED: 06/26/2003
DATE     INDICTED: 05/11/2004            DATE      FILED: 05/13/2004
DATE     RELEASED: 06/26/2003            DATE    HEARING:
BOND        AMOUNT:      $3,000.00 P             SURETIES:

DATE 1: 05/21/2004    DESC: ARRG          TIME: 0900 A
DATE 2: 06/14/2004    DESC: JTRL          TIME: 0830 A

TRACKING NOS: GJ 2003 000633 00   /   DC 2003 002135 00    /
  DEF/ATY:                              TYPE:                              TYPE:

                                         00000                              00000
PROSECUTOR: ABBETT NICK

===============================================================================
OTH CSE: GJ200300063300  CHK/TICKET NO:
COURT REPORTER:                   SID NO:    000000000          GRAND JURY: 128
DEF STATUS: BOND                  DEMAND:
                                                                 OPER: LEW
NOTE: 5-13-04  DISCOVERY ORDER
===============================================================================
DATE         ACTIONS, JUDGEMENTS, AND NOTES
===============================================================================
```

| Date | Action |
|---|---|
| 5-14-04 | NOTICE OF ARRAIGNMENT TO DEFENDANT AND SURETIES |
| 5-18-04 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT FILED BY *Joe Dean* |
| 5-19-04 | DEFENDANT'S MOTION FOR PRODUCTION OF FAVORABLE AND/OR EXCULPATORY EVIDENCE |
| 5-19-04 | MOTION FOR ADDITIONAL TIME TO FILE MOTIONS DUE ON OR BEFORE ARRAIGNMENT |
| 5-21-04 | Written plea not guilty and waiver of arraignment filed. The Defendant is granted five days to file motions for special pleas. Motion hearing set May 28, 2004 at 9:00 a.m.. Criminal Docket Call June 3, 11, 18, 2004, at 9:00 a.m. TRIAL JUNE 14, 2004, 8:30 a.m. FINAL GUILTY PLEA DATE: JUNE 1, AT 9:00 A.M. FILED IN OFFICE MAY 25 2004 |
| 5/28/04 | Joint Motion to Continue |
| 5/28/04 | Motion to Continue Pre-Trial Suppression Hearing |

```
ACR0372                ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: CC 2004 000337.00
OPER: LEW                     CASE ACTION SUMMARY
PAGE:    1                     CIRCUIT   CRIMINAL              RUN DATE: 05/13/2004
====================================================================================
IN THE CIRCUIT COURT OF    LEE                                           JUDGE: JAW

STATE  OF  ALABAMA                         VS     SMITH ARBERT TYRAIL
                                                  737 LEE RD 394 LOT 6
CASE: CC 2004 000337.00
                                                  AUBURN, AL    36830 0000

DOB: 04/03/1976        SEX: M   RACE: B   HT: 5 04   WT: 150    HR: BLK  EYES: BRO
SSN: 416020839  ALIAS NAMES:
====================================================================================
CHARGE01: TRAFFICKING-COCAINE   CODE01: VDRV   LIT: TRAFFICKING-CO  TYP: F  #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0430000 MCCULLO

DATE WAR/CAP ISS:                          DATE ARRESTED: 06/27/2003
DATE     INDICTED: 05/11/2004              DATE    FILED: 05/13/2004
DATE    RELEASED: 06/27/2003               DATE   HEARING:
BOND      AMOUNT:    $250,000.00 P              SURETIES:

DATE 1: 05/21/2004   DESC: ARRG              TIME: 0900 A
DATE 2: 06/14/2004   DESC: JTRL              TIME: 0830 A

TRACKING NOS: GJ 2003 000631 00  /  DC 2003 002133 00  /

   DEF/ATY: DEAN JOSEPH L JR              TYPE: R                          TYPE:
            P O BOX 231

            OPELIKA        AL  36803                                       00000
PROSECUTOR: ABBETT NICK

====================================================================================
OTH CSE: GJ200300063100  CHK/TICKET NO:                         GRAND JURY: 127
COURT REPORTER:                     SID NO:    000000000
DEF STATUS: BOND                    DEMAND:                              OPER: LEW

NOTE: 5-13-04  DISCOVERY ORDER
====================================================================================
DATE             ACTIONS, JUDGEMENTS, AND NOTES
====================================================================================
```

| Date | Action |
|---|---|
| 5-14-04 | NOTICE OF ARRAIGNMENT TO DEFENDANT AND SURETIES |
| 5-18-04 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT FILED BY Joe Dean |
| 5-19-04 | DEFENDANT'S MOTION FOR DISCOVERY |
| 5-19-04 | Defendant's Motion for Production of Favorable and/or Exculpatory Evidence |
| 5-19-04 | Motion for Additional Time to File Motions due on or before Arraignment |
| 5-21-04 | Written plea not guilty and waiver of arraignment filed. The Defendant is granted five days to file motions for special pleas. Motion hearing set May 28, 2004 at 9:00 a.m.. Criminal Docket Call June 3, 11, 18, 2004, at 9:00 a.m. TRIAL JUNE 14, 2004, 8:30 a.m. FINAL GUILTY PLEA DATE: JUNE 1, AT 9:00 A.M. /s/ G. Walker |
| 5/28/04 | Joint Motion to Continue |
| 5/28/04 | Motion to Continue Pre-Trial Suppression Hearing until Next... |

FILED IN OFFICE MAY 25 2004

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| Plaintiff, | * |
| vs. | * CASE NO. CC 04-337, 338 |
| ALBERT TYRAIL SMITH, | * |
| Defendant. | * |

### ORDER

The Court has received a Motion Nol Prosse in case numbers CC 04-337 and CC 04-338. In support of said Motion The District Attorney shows the Court that the Defendant has entered a plea of Guilty in The United States District Court and has been sentenced to 71 months in the federal penitentiary. It is therefore ordered, adjudged, and decreed that the above-styled matter is Nol Prossed without cost.

The Clerk of Court is ordered to mail by ordinary mail or deliver a copy of this Order to the following:

Hon. Nick Abbett
2311 Gateway Drive
Opelika, AL 36801

Hon. Joseph L. Dean Jr.
P.O. Box 231
Opelika, AL 36803

DONE this the 15th day of July, 2005.

JACOB A. WALKER, III
Circuit Judge

FILED
JUL 21 2005
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

| State of Alabama<br>Unified Judicial System<br>Lee County Form CC-1 | **AFFIDAVIT CHARGING CRIME** | |

The State of Alabama,
  LEE COUNTY

  Before me, _____, Clerk of the District/Circuit Court of Lee County, Alabama, personally appeared  Tommy Dawson  _____
Who being first duly sworn, deposes and says on oath, that he had probable cause for believing and does believe that  on or about **June 25th 2003**, one **Arbert Tyrell Smith, alias**, did unlawfully possess marijuana for other than  personal use while at or near 737 Lee Rd 394 Lot #6, Auburn, Lee County, Alabama, contrary to and in violation of Section 13A-12-213 of the Code of Alabama.

**PROBABLE CAUSE:**
On or about June 25th 2003 officers of the Auburn Police Department executed a search warrant at the residence located at 737 Lee Road 394 Lot #6, Auburn, Lee County, Alabama. The residents were identified as Arbert Tyrell Smith, alias, and Shameka Swantae Ogletree, alias, who were present in the residence when the warrant was executed. During a search of the residence, officers located a quantity of vegetable matter consistent with Marijuana in the kitchen. Both Smith, alias, and Ogletree, alias, were arrested at the scene.

Sworn to and subscribed before me, this _26_ day of _June_, 20_03_.

**COPY**

_____
Clerk, District/Circuit Court

---

**WARRANT**

The State of Alabama,
  LEE COUNTY

To any Lawful Officer of the State of Alabama, GREETING:

  You are hereby commanded to arrest  **Arbert Tyrell Smith, alias**
and bring him/her before District/Circuit Court of Lee County, Alabama, to answer the State of Alabama on a charge of  **Possession of Marijuana First Degree §13A-12-213**

said charges preferred by _____Tommy Dawson_____
and have you then and there this Writ with your return thereon.
  Witness my hand, this ___26___ day of __June__ A.D. 20_03_.

_____
Clerk, District/Circuit Court

| State of Alabama Unified Judicial System Lee County Form CC-1 | AFFIDAVIT CHARGING CRIME | |

The State of Alabama,
LEE COUNTY

Before me, __Amnele Meador__, Clerk of the District/Circuit Court of Lee County, Alabama, personally appeared __Patrick McCulloch__ Who being first duly sworn, deposes and says on oath, that he had probable cause for believing and does believe that Arbert T. Smith, alias, whose name is otherwise unknown to the Grand Jury, did knowingly sell, manufacture, deliver, or bring into the State of Alabama, or was knowingly in actual or constructive possession of **Cocaine(Crack)** in violation of Section 13A-12-231 of the Code of Alabama 1975 as amended, against the peace and dignity of the State of Alabama.

**PROBABLE CAUSE:**
On or about June 25th 2003 officers of the Auburn Police Department executed a search warrant at the residence located at 737 Lee Road 394 Lot #6, Auburn, Lee County, Alabama. The residents were identified as Arbert Tyrell Smith, alias, and Shameka Swantae Ogletree, alias, who were both present in the residence when the search warrant was executed. During a search of the residence, officers located a quantity of compressed substance consistent with crack cocaine in a bedroom identified as Smith's, alias, and Ogletree"s, alias. A quantity of compressed substance consistent with crack cocaine was also discovered in the kitchen. The substance was weighed and tested by the Department of Forensic Sciences and discovered to be in excess of 28 grams and tested positive for cocaine.

Sworn to and subscribed before me, this __27th__ day of __June__, 20__03__.

__Amnele Meador__
Clerk, District/Circuit Court

* * * * *

**WARRANT**                                   **COPY**

The State of Alabama,
LEE COUNTY

To any Lawful Officer of the State of Alabama, GREETING:

You are hereby commanded to arrest __Arbert Tyrail Smith, alias__ and bring him/her before District/Circuit Court of Lee County, Alabama, to answer the State of Alabama on a charge of __Trafficking §13A-12-231 Cocaine (Crack)__

said charges preferred by __Patrick McCulloch__ and have you then and there this Writ with your return thereon.

Witness my hand, this __27th__ day of __June__ A.D. 20__03__.

__Amnele Meador__
Clerk, District/Circuit Court