IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                  Respondent,       )
                                    )
v.                                  )       CIVIL ACTION NO. 3:06CV14-WHA
                                    )
DAVID JEROME CRAWFORD,              )
                                    )
                  Petitioner.       )

# ORDER

For the reasons stated in the Motion To Withdraw, filed on 13 April 2006 (Doc. # 8),

and in consideration of the petitioner's Motion To Dismiss his attorney, filed on 14 April

2006 (Do. # 9),[1] it is

ORDERED that on or before 1 May 2006, the petitioner's appointed counsel and the

government's counsel shall file the Joint Report on the status of the plea negotiations.  The

report shall include the details of the negotiations as of 1 May 2006 and the justifications for

the proposed plea agreement.  Counsel shall forward a copy of the Joint Report to the

Petitioner, and the Clerk of the court is DIRECTED to file the Joint Report under SEAL until

further order of the court.  It is further

ORDERED that, on or before 12 May 2006, the petitioner respond to the Joint Report

by advising the court by in full of his desire or non-desire to be represented by his appointed

---

[1]The petitioner's motion does not specifically state his grounds for seeking the
"dismissal" of his attorney.  He alleged that his attorney "cannot be of any help", but he
did not set forth a breakdown in the attorney-client relationship that necessarily warranted
its severance.

counsel and *all* of the reasons supporting an affirmative or negative response. The petitioner shall also state his position on the proposed plea agreement filed with the court and served upon him in response to this order. The petitioner is DIRECTED to state all of his reasons, if any, for rejecting the proposed plea agreement and shall state any counter-proposals that he wishes to make. The Clerk of the court is DIRECTED to file the petitioner's response under SEAL until further orders of the court.

DONE this 17th day of April, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE