IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. 3:06CV14-WHA |
| | ) | [WO] |
| DAVID JEROME CRAWFORD | ) | |

**O R D E R**

On 18 May 2006, the petitioner filed a motion in Civil Action No. 3:06CV14-MEF styled as "A Due Process Defense Based on the Government's Outrageous Conduct". For good cause, it is

ORDERED that the Clerk of the court shall place the motion under SEAL until further order of the court.

Done this 24th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE