IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV14-WHA |
| ) | [WO] |
| DAVID JEROME CRAWFORD, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion of Counsel For Leave to Withdraw, filed on 13 April 2006 (Doc. # 8), is GRANTED.

DONE this 1st day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE