IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
          )
      Plaintiff,    )
          )
v.          )      CIVIL ACTION NO. 3:06CV14-WHA
          )
DAVID JEROME CRAWFORD,    )
          )
      Defendants.    )

**ORDER**

In a companion order entered on this date, the court has permitted the defendant's counsel to withdraw from representation. The defendant, in the meantime, has filed his response to the Joint Status Report (Doc. # 16)[1] which indicates that it may be in the defendant's and the government's best interests to communicate directly with each other. To facilitate direct communication, it is ORDERED as follows:

1.     Immediately upon her docketing of this order, the Clerk of the court shall forward a copy of this order, along with a Waiver of Counsel form, to the defendant, now confined to a federal facility in Edgefield, SC.

2.     If the defendant wishes to negotiate directly with the government, he shall execute the Waiver of Counsel form in the presence of a notary, return the original to the Clerk on or before 16 June 2006, and serve a copy on counsel for the government.

---

[1]Pursuant to the court's order, this document is sealed, but its Certificate of Service indicates service upon government's counsel.

3.      Upon the court's receipt of the defendant's properly executed Waiver of

         Counsel, the court will direct the government's counsel to contact the

         defendant for the purpose of discussing the resolution of his motion to

         vacate.

DONE this 1st day of June, 2006.


                                    /s/ Vanzetta Penn McPherson
                                    VANZETTA PENN MCPHERSON
                                    UNITED STATES MAGISTRATE JUDGE