## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

UNITED STATES OF AMERICA

2006 JUN 19  A 10: 38

)

vs

) NO. 3:06CV14-WHA

)

DAVID JEROME CRAWFORD

)

### WAIVER OF COUNSEL

I am the defendant in the above entitled cause. I have been advised by the United States Magistrate of my right to be represented by counsel, and if financially unable to obtain counsel, of my right to have counsel appointed without cost to me. I have been asked by the United States Magistrate Judge whether I desire counsel in this case.

Being advised of my rights, I do hereby voluntarily waive and relinquish my right to be represented by counsel in ~~_____~~ *the resolution of motion to vacate. Reserving my rights to be represented if trial is necessary.*

Dated: *June 15th 2006*

*David J. Crawford*
**Defendant**

Witnessed by:

MATILDA BROWN
Notary Public, South Carolina
My Commission Expires
March 20, 2011

_____
**U. S MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by Regular U.S. Mail, first-class postage prepaid, this 16th day of June , 2006 , on the following persons:

Susan R. Redmond

Assistant United States Attorney

One Court Square, Suite 201

Montgomery, Alabama 36104 .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 16th day of June , 2006 .

Sign and print name/address

David Crawford

DAVID CRAWFORD # 11307-002

Federal Correct Institute

P.O. Box 725

Edgefield, South Carolina 29824