IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 JUL 10 A 10: 06

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID JEROME CRAWFORD, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:06CV14-WHA<br>[WO] |

## WAIVER OF COUNSEL

I am the defendant in the above-entitled cause. I have been advised by the United States Magistrate Judge of my right to be represented by counsel, and if financially unable to obtain counsel, of my right to have counsel appointed without cost to me. I have been asked by the United States Magistrate Judge whether I desire counsel in this case.

Being advised of my rights, I do hereby voluntarily waive and relinquish my right to be represented by counsel in the negotiation of my guilty plea and the resolution of the motion to vacate my sentence. I understand that I may revoke this waiver at any time and request that counsel be appointed to represent me.

Dated: July 5, 2006

David J. Crawford
DAVID J. CRAWFORD
Defendant

## Certificate Of Service

I certify that I placed in the U.S mail a true copy of the foregoing to the addressee below.

Done this 5th, day of July 2006.

Susan R. Redmond
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

David J. Crawford
# 11307-002
Federal Correct Institute
P.O. Box 725
Edgefield, S.C. 29824