IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO 3:06-CV-14-WHA |
| | ) | |
| **DAVID JEROME CRAWFORD** | ) | |

## STATUS REPORT

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files this Status Report in response to the Court's Order of June 30, 2006, as follows:

1. In July, 2006, Crawford executed a Waiver of Counsel. (Though counsel for the government has not been served with a copy of the Waiver, court staff did notify the government of its receipt.)

2. The government has attempted to negotiate directly with Crawford but has been unable to do so, through no fault of the parties.

3. The government requests that this Court enter an order setting a status conference in this matter and directing the transportation of Crawford, for the same, at least 2 weeks before the conference.

4. The government also asks that this Court enter an order directing it to file a status report 1 week prior to the hearing.

Respectfully submitted, this the 3rd day of August, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO 3:06-CV-14-WHA |
| | ) | |
| DAVID JEROME CRAWFORD | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, I filed the foregoing with the Clerk of the Court and sent a copy of such filing to the following:

David Jerome Crawford
Inmate # 11307-002
FCI EDGEFIELD
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 725
EDGEFIELD, SC 29824

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: susan.redmond@usdoj.gov