IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case NO. 3:06-CV-14-WHA |
| | ) | |
| DAVID JEROME CRAWFORD | ) | |

MOTION TO SET STATUS CONFERENCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Set Status Conference, states as follows:

1. On or about June 30, 2006, the Court entered an Order directing the parties to directly communicate.

2. On August 3, 2006, the government filed a Status Report stating that the parties have been unable to directly communicate.

3. That pending before this Court is defendant's motion under Title 28, United States Code, Section 2255.

4. That the United States believes that it would be beneficial to have all parties appear before the Court to determine the status of the case.

Based on the facts stated above, the United States respectfully requests that the Court set a date and time for a status conference in the above-styled case.

Respectfully submitted this 3rd day of August, 2006.

                        LEURA GARRETT CANARY
                        UNITED STATES ATTORNEY

                        /s/ Susan R. Redmond
                        SUSAN R. REDMOND
                        Assistant United States Attorney
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        334.223-7280
                        334.223.7135   fax
                        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-CV-14-WHA |
| | ) | |
| DAVID JEROME CRAWFORD | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, I filed the foregoing with the Clerk of the Court and sent a copy of such filing to the following:

David Jerome Crawford
Inmate # 11307-002
FCI EDGEFIELD
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 725
EDGEFIELD, SC 29824

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223-7280
334.223.7135    fax
susan.redmond@usdoj.gov