IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV14-WHA |
| | ) | [WO] |
| DAVID JEROME CRAWFORD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the government's Motion to Set Status Conference, filed on 3 August 2006 (Doc. # 23), and for good cause, it is

ORDERED that the motion is GRANTED. The parties are DIRECTED to appear before the court for a status conference on 14 September 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Because the petitioner is confined in a federal correctional institution in Edgefield, South Carolina, at the conclusion of the status conference, the parties are DIRECTED to confer regarding settlement of the issues in this case.

The persons having custody of the petitioner shall produce him to the U. S. Marshal in time for transport to the status conference, and the Clerk of the court is DIRECTED to forward a copy of this order to the petitioner's host institution.

DONE this 21st day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE