IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06cv14-WHA |
| | ) | |
| DAVID JEROME CRAWFORD | ) | |

## **ORDER**

For good cause, it is

ORDERED that the Status Conference currently set for 14 September 2006 at 10:00 a.m. be *reset* to 15 September 2006 at 10:00 a.m.

The Clerk of the court is DIRECTED to forward a copy of this order to the petitioner's host institution.

DONE this 25th day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE