IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO 3:06-CV-14-WHA |
| | ) | |
| **DAVID JEROME CRAWFORD** | ) | |

## STATUS REPORT

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files this Status Report as follows:

1. In July, 2006, Crawford executed a Waiver of Counsel permitting him to directly negotiate with the government.

2. The government and Crawford met to begin negotiations on September 14, 2006.

3. The government believes that additional time is needed to allow the parties to resolve this matter.

4. The government believes that a further status conference, held the week of October 9, 2006, would be beneficial to the parties, in resolving this matter and the Court, managing its schedule.

Respectfully submitted, this the 14th day of September, 2006.

                                      LEURA GARRETT CANARY
                                    UNITED STATES ATTORNEY

                                    /s/ Susan R. Redmond
                                    SUSAN R. REDMOND
                                    Assistant United States Attorney
                                    One Court Square, Suite 201
                                    Montgomery, Alabama 36104
                                    Telephone: (334) 223-7280
                                    Fax: (334) 223-7135
                                    E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO 3:06-CV-14-WHA |
| | ) | |
| **DAVID JEROME CRAWFORD** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, I filed the foregoing with the Clerk of the Court and sent a copy of such filing to the following:

David Jerome Crawford
Inmate # 11307-002
Montgomery City Jail
Montgomery, AL

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: susan.redmond@usdoj.gov