MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 9/15/06

DATE COMPLETED: 9/15/06

DIGITAL RECORDING: 10:14 - 10:18

United States of America          *          3:06cv14-WHA

vs                                *

David Jerome Crawford             *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry Moorer | * | Pro Se |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: STATUS CONFERENCE

| Description | 3:06cv14-WHA: USA vs. David Jerome Crawford: Status Conference | |
|---|---|---|
| Date | 9/15/2006 | Location | Courtroom 5A |
| Time | Speaker | Note |
| 10:14:14 AM | Court | Convenes |
| 10:15:35 AM | Court | ORDERS RECORD SEALED until further ORDER OF THE COURT |
| 10:17:19 AM | Court | Directs Clerk to make a copy of file and make available to defendant by noon tomorrow (Provide to USM for delivery) |