IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3.06CV14-WHA |
| | ) | |
| DAVID JEROME CRAWFORD | ) | |

## ORDER

In monitoring the parties' progress toward reaching a settlement agreement in this case, the court conducted a status conference on this date. Both parties represented to the court that they were actively negotiating a settlement and that, with additional time, they believe that a settlement can be reached. The petitioner, who is assigned to the Federal Correctional Institution in Edgefield, South Carolina, was transported to this district on 11 September 2006 and is now housed in the Montgomery County Jail. For good cause, it is therefore ORDERED as follows:

1. On or before 12:00 noon on 18 September 2006, the Clerk of the court shall provide the petitioner with a copy of his file in this case, without charge.

2. The parties shall appear at a second status conference on 10 October 2006 at 10:00 a.m. in Courtroom 5A of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. The United States Marshal shall produce the petitioner for the conference.

4. The Clerk of the court is DIRECTED to maintain the proceedings of the status conference under SEAL until further order of the court.

DONE this 15th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE