# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 10/10/06       DIGITAL RECORDING: 2:21 - 2:30

DATE COMPLETED: 10/10/06

USA      *      3:06cv14-WHA

vs      *

DAVID JEROME CRAWFORD      *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Pro Se |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: STATUS CONFERENCE

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| **Description** | 3:06cv14-WHA: USA vs. David Jerome Crawford: STATUS CONFERENCE ||
| **Date** | 10/10/2006 | **Location** |
| **Time** | **Speaker** | **Note** |
| 2:21:33 PM | Court | Convenes |
| 2:22:46 PM | Government | Gives Court summary of negotiations and suggests a CJA appointment for Mr. Crawford |
| 2:24:59 PM | Court | Agrees with Government Counsel that a CJA appointment for Mr. Crawford is needed |
| 2:26:08 PM | Government | Written Plea Agreement to USMS for delivery to Mr. Crawford at the City Jail by Thursday, 10/12/06 |
| 2:28:07 PM | Court | Government to File a Notice with the Court when plea agreement has been completed and delivered to USMS for delivery to Mr. Crawford at the Montgomery City Jail; Mr. Crawford will be allowed 2 days to review the plea agreement and a CJA attorney will be appointed to Mr. Crawford for the review of plea agreement; Court will check procedures for reopening case for resentencing |
| 2:30:53 PM | Government | CJA appointed counsel should also file the Notice of Intent to Change Plea |
| | | **COURT IN RECESS** |