IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06CV14-WHA |
| | ) | |
| DAVID JEROME CRAWFORD | ) | |

**ORDER**

This court conducted a status conference in this case on 10 October 2006 to ascertain the progress made by the parties toward negotiating a settlement of the issues in this civil lawsuit. The parties jointly represented that they had reached a tentative agreement. The government's counsel agreed to prepare a written agreement and submit it to the petitioner on or before 12 October 2006. Although the petitioner has appeared pro so in this litigation, the court and the parties agree that he should have advisory counsel to assist his understanding of the proposed agreement, especially since an agreement will likely lead to a re-sentencing. Accordingly, for all of these reasons, it is ORDERED as follows:

1. Counsel shall be appointed to represent the petitioner in these and subsequent proceedings as they pertain to his sentence. The Federal Defender is DIRECTED to designate a panel attorney to represent him.

2. The Clerk of the court shall make available to appointed counsel a copy of the record in this civil case.

3. On 20 October 2006 at 10:00 a.m., the parties shall appear before the Magistrate Judge for a hearing on court approval of the agreement in

Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One

Church Street, Montgomery, Alabama.

DONE this 12th day of October, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE