IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO 3:06-CV-14-WHA |
| | ) | |
| **DAVID JEROME CRAWFORD** | ) | |

## NOTICE

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files this Notice as ordered by the Court on October 10, 2006.

On October 13, 2006, the undersigned AUSA hand - delivered to the offices of the United States Marshal's Service for the Middle District of Alabama, a proposed plea agreement to be delivered to David Jerome Crawford at the Montgomery City Jail.

Respectfully submitted, this the 13th day of October, 2006.

                                      LEURA GARRETT CANARY
                                    UNITED STATES ATTORNEY

                                    /s/ Susan R. Redmond
                                    SUSAN R. REDMOND
                                    Assistant United States Attorney
                                    One Court Square, Suite 201
                                    Montgomery, Alabama 36104
                                    Telephone: (334) 223-7280
                                    Fax: (334) 223-7135
                                    E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO 3:06-CV-14-WHA |
| | ) | |
| **DAVID JEROME CRAWFORD** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, I filed the foregoing with the Clerk of the Court and sent a copy of such filing to the following:

David Jerome Crawford
Inmate # 11307-002
Montgomery City Jail
Montgomery, AL

          Respectfully submitted,

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY

          /s/ Susan R. Redmond
          SUSAN R. REDMOND
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, Alabama 36104
          Telephone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: susan.redmond@usdoj.gov