MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 10/20/06          DIGITAL RECORDING: 10:40 - 10:55

DATE COMPLETED: 10/20/06

USA                                *

vs                                 *        3:06cv14-WHA

DAVID JEROME CRAWFORD              *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan R. Redmond | | Roianne Houlton Conner |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Settlement Conference

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | 3:06cv14-WHA USA vs. David Jerome Crawford: Settlement Conference | |
| **Date** | 10/20/2006 | **Location** Courtroom 5A |
| **Time** | **Speaker** | **Note** |
| 10:40:56 AM | Court | Convenes with facts in this case |
| 10:42:02 AM | | Both parties agree their is a settlement; Plea Agreement submitted and summarized by the Government |
| 10:48:12 AM | Court | Questions defendant as to original sentence |
| 10:48:36 AM | Defendant | Responds as to time served |
| 10:49:37 AM | Court | Questions witness |
| 10:50:17 AM | Defendant | Responds as to his understanding of proceedings and plea agreement |
| 10:51:36 AM | Court | Gives a schedule of future proceedings ; Recommendation should state no objections -Objections period may be waived |
| 10:52:59 AM | Government | Reports the 2255 should be granted |
| 10:55:14 AM | Court | Recommendation will be entered today |
| 10:55:26 AM | | Court in Recess |