IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>DAVID JEROME CRAWFORD, ) | CIVIL ACTION NO. 3:06cv014-WHA |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #36), entered on October 23, 2006. There being no objection, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. The § 2255 Motion to Vacate Sentence (Doc. #1) is GRANTED.

2. The sentence and judgment imposed on the Defendant on June 23, 2004, filed on July 6, 2004 (Doc. #49), in the case of *United States of America v. David Jerome Crawford*, Criminal Case No. 3:03cr220-WHA, are VACATED and SET ASIDE.

3. The plea of guilty by the Defendant on March 15, 2004, and the acceptance of the plea by the court on March 24, 2004, in Criminal Case No. 3:03cr220-WHA, are VACATED and SET ASIDE.

4. Judgment will be entered in favor of the Defendant Crawford and against the United States in this case, and Criminal Case No. 3:03cr220-WHA will be set for the taking of a new plea.

DONE this 7th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE